U.S. DISTRICT COURT
DISTRICT OF NH

2019 JUN 24 AM 11:40

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

BROC T. WALTERMEYER )
  )
  Plaintiff, )
  )
v. ) Civil No. 19-cv-233-LM
  )
ROBERT HAZELWOOD, Warden, and )
DIANE L. KISTLER, Health Sevices Doctor )
  )
  Defendants. )

## MOTION FOR LEAVE TO AMEND
## PETITION FOR PERLIMINARY INJUNCTION
## (Fed.R.Civ.P. 15(a))

NOW COMES, BROC T. WALTERMEYER, acting Pro se, Petitioning His Honorable Court to amend his Petition for Preliminary Injunction. For the following reason(s):

1. In the interest of justice Petitioner would like to attach his Newly acquired Medical records and Declaration as Exhibits A and E, respectively.

WHEREFORE, the Petitioner prays this Honorable Court grants his motion.

Date: June 20, 2019

Respectfully submitted,

/s/ *[signature]*
BROC T. WALTERMEYER

BROC T. WALTERMEYER
Reg. No. 18002-047
Federal Corrections Institution-
at Berlin
P.O. Box 9000
Berlin, NH 03570

U.S. DISTRICT COURT
DISTRICT OF NH

2019 JUN 24 AM 11:40

FILED

Thursday, June 20, 2019

Warren B. Rudman, United States Courthouse
Office of the Clerk
55 Pleasant Street, Room 110
Concord, NH 03301

RE: BROC T. WALTERMEYER VS. WARDEN ROBERT HAZELWOOD
<u>Civ. No. 19-cv-233-LM</u>

Dear Clerk:

Please kindly find enclosed and for filing with the Court in the above-captioned case are copies of Plaintiff's Motion for Leave to Amend, and Plaintiff's Declaration in Support.

Please kindly note all parties have been served in the manner indicated on the attached Certificate of Service.

In addition, said documents should be deemed as timely filed on the day handed to prison officials. Pursuant to Houston v. Lack, 487 U.S. 266 (1988)(Prison mail is to be deemed on the day it was delivered to prison officials for mailing and not the day it is docketed).

Moreover, pursuant to Fed.R.Civ.P., Rule 6(d), an additional three days should be added, that is, owing to the Defendant's Objection to Petition for Preliminary Injunction mailed on June 7, 2019, normal response of 14 days is explicated under the rule, thus, Mr. Waltermeyer's due date should be extended to Monday, June 24, 2019.

Thank you in advance for your kind attention in this critically important matter.

Cordially,

*[signature]*

BROC T. WALTERMEYER

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

BROC T. WALTERMEYER            )
                               )
    Plaintiff,                 )
                               )
    v.                         )   Civil No. 19-cv-233-LM
                               )
ROBERT HAZELWOOD, Warden, and  )
DIANE L. KISTLER, Health Sevices Doctor )
                               )
    Defendants.                )

CERTIFICATE OF SERVICE

I, BROC T. WALTERMEYER, do hereby certify that a copy of the foregoing: Motion in Response to the United States Objection...; and Plaintiff's Declaration have been this 20th day of June, 2019, having been placed in the U.S. Postal mail system, at FCI Berlin to be forwarded to the following:

T. David Plourde
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH, 03301

/s/ [signature]
BROC T. WALTERMEYER

Broc Wattermeyer 18002047
Federal Correctional Institution
P.O. Box 9000
Berlin NH, 03570

Warren B. Rudman United States Court House
Office of the Clerk
55 Pleasant Street room 110
Concord NH 03301

Legal mail

FCI BERLIN
P.O. BOX 69 BERLIN, NH 03570
DATE: _____

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address."

