UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

BROC T. WALTERMERYER          )
                              )
    Plaintiff,                )
                              )
v.                            )  Civil No. 19-cv-233-LM
                              )
ROBERT HAZLEWOOD, Warden, and )
DIANE L. KISLER, Health Sevices Doctor, )
                              )
    Defendants.               )

DECLARATION OF BROC T. WALTERMEYER
IN SUPPORT OF PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION

Pursuant to the authority of 28 U.S.C. § 1746, I make the following declaration:

1.  I Broc T Waltermeyer am an inmate of the BOP currently incarcerated at the federal correctional institution in Berlin, New Hampshire.

2.  My incarceration at FCI Berlin began on May 3, 2018, after being transferred from FCI Oxford in Oxford, Wisconsin on April 20, 2018.

3.  My complaints of inadequatll medical care against the defendants began in September of 2018 after the defendants displayed a dilibrate indifference to my chronic medical conditions relating to a Lipoma located on my upper arm/left shoulder, Hepatitis C Virus, left and right bilateral knee damage and the pain thereof.

4.  My medical records denote chronic conditions of Hepatitis C Virus, Left and Right bilateral knee damage and pain; as a result of degenerative joint disease, meniscal tear, synovitis, tendinosis, and other findings of athropathy of the knee and joint for which I recieved steroid injections every six months. Records also detail the existance of a lipoma located on my left upper arm/left

shoulder.

5. During my incarceration in the BOP, respective to my medical history, there exist evidence of pre-existing conditions, which has continued throughout my incarceration at FCI Berlin.

6. The defendants are aware of my medical conditions pre-existing nature and are aware of the various treatment plans that I have undergone. To no avail, I have followed the prescribed treatment plans as follows: reasonable accommodations such as assignment to a bottom bunk, special alternative shoes, knee braces, and a walking cane; as well as a more concervative approach consisting of various medications which included steroid shots, and a weight loss plan.

7. My multiple visits to consulting Sergeons and Orthopedists have revealed the same data. I kneed knee replacements.

8. The lipoma located on my upper arm/left shoulder whether cancerous or not is a source of immence discomfort; causing disfigurement, numbness of my arm, limits my arms range of motion, and severe pain. The lipoma is also growing at an alarming rate; further exposing the need for immediate surgical removal.

9. While in BOP custody, owing to medical records attached herein, respective to liver function testing, it is recorded that since August 1, 2017, all test displayed elevated readings, with the exception of one test, conducted on June 13, 2018 reflected a low reading, before returning to the former elevated levels on May 18, 2019.

10. My conditions are and continue to be urgent at this time.

I declare the following is true and correct.

Date: June 20, 2019                 /s/ *Broc Waltermeyer* (signature)

BROC T. WALTERMEYER