|  |  |  |
|---|---|---|
| | PATIENT INFORMATION<br>**WALTERMEYER, BROC** | REPORT STATUS **Final** |
| Nichols Institute, Chantilly | DOB: 06/10/1972   Age: 45Y<br>SEX: M | ORDERING PHYSICIAN<br>DR., P. HARVEY<br>CLIENT INFORMATION |
| SPECIMEN INFORMATION<br>SPECIMEN:    CH379464R<br>REQUISITION: CH379464R<br>LAB REF NO:  CH379464R | ID: 18002-047 | 722<br>FCI - OXFORD - OXF<br>COUNTY ROAD G AND ELK AVENUE<br>OXFORD, WI 53952 |
| COLLECTED: 08/01/2017   09:15<br>RECEIVED:  08/02/2017   19:50<br>REPORTED:  08/04/2017   15:44 | *207172404* | |

COMMENTS:    COPIA# 207172404

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPATITIS C, RNA, QUANTITATIVE, PCR | | | | AMD |
|   HEPATITIS C, RNA, QUANTITATIVE, PCR | | | | |
|     HCV RNA, PCR, QN | | 8503014 H | <15 IU/mL | |
|     HCV RNA, PCR, QN | | 6.93 H | <1.18 log IU/mL | |

> Please note:
> Due to character limitations of some clients' LIS systems, viral load values greater than 10 million are reported using scientific exponential notation. For example a result of 10 Million (10,000,000) is reported as 10.0E6 IU/mL or copies/mL. If your LIS will accept the number of characters required for viral loads greater than 10 million, please contact your local service representative to have this reporting convention changed.
>
> This test was performed using the COBAS(R) AmpliPrep/ COBAS(R) TaqMan(R) HCV Test, v2.0.
>
> For more information on this test, go to http://education.questdiagnostics.com/faq/FAQ22v1
>
> The analytical performance characteristics of this assay have been determined by Quest Diagnostics Nichols Institute, Chantilly, VA. The modifications have not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Hepatitis C Viral RNA, Genotype, LiPA(R)                                                                                AMD
  Hepatitis C Viral RNA, Genotype, LiPA(R)

```
DATE: 06/25/18 @ 0815        Androscoggin Valley Hospital LAB *LIVE*              PAGE 1
USER: PERME                    LAB SPECIMEN INTERNAL INQUIRY
```

| PATIENT: WALTERMEYER, BROC | ACCT: V024502494 | LOC: LAB-NP | U: M096858 |
|---|---|---|---|
| | AGE/SX: 46/M | ROOM: | REG: 06/13/18 |
| REG DR: Diane L Kistler, DO | DOB: 06/10/1972 | BED: | DIS: |
| *18002-047* | STATUS: REG REF | TLOC: | |

| SPEC: 0613:CG00005R | ORD FOR: 06/13/18-0805 | STATUS: COMP | REQ: 00480835 |
|---|---|---|---|
| | COLL: 06/13/18-0805 | SUBM DR: Diane L Kistler, DO | |
| | RECV: 06/13/18-1133 | PT AGE AT COLL: 46 | |

PT ID:          ATT DR:                         CLIENT PHONE: (603)342-4292

REASON FOR VISIT: HEP C

ORDERED:    PT

| Test | Result | Flag | Reference |
|---|---|---|---|
| PT | | | |
| INR | 1.0 | | 0.9-1.2 |

**FCI Berlin**

*** End of Report ***

|  | PATIENT INFORMATION<br>WALTERMEYER, BROC | REPORT STATUS    Final |
|---|---|---|

Nichols Institute, Chantilly

ORDERING PHYSICIAN
DIANE, KISTLER DO

DOB: 06/10/1972    Age: 46Y
SEX: M

CLIENT INFORMATION
22744
FCI - BERLIN - BER

SPECIMEN INFORMATION
SPECIMEN:      CH269924X
REQUISITION: CH269924X
LAB REF NO:  CH269924X

ID: CH269924X

1 SUCCESS LOOP ROAD
BERLIN, NH 03570

COLLECTED: 06/13/2018    06:45
RECEIVED:  06/14/2018    18:52
REPORTED:  06/15/2018    17:49

COMMENTS:    #18002-047

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPATITIS C, RNA, QUANTITATIVE, PCR |  |  |  | AMD |
|    HEPATITIS C, RNA, QUANTITATIVE, PCR |  |  |  |  |
|   HCV RNA, PCR, QN |  | 3990000 H | IU/mL |  |
|   HCV RNA, PCR, QN |  | 6.60 H | log IU/mL |  |

Reference Range:
                Not Detected        IU/mL
                Not Detected        Log IU/mL

This test was performed using Real-Time Polymerase Chain Reaction.

Reportable range is 15 IU/mL to 100,000,000 IU/mL (1.18 Log IU/mL to 8.00 Log IU/mL).

For additional information please refer to
http://education.questdiagnostics.com/faq/FAQ22v1

(This link is being provided for informational/educational purposes only.)

The analytical performance characteristics of this assay have been determined by Quest Diagnostics Nichols Institute, Chantilly, VA. The modifications have not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

--------------------------------------------------------------------------------

Performing Laboratory Information:
AMD    Quest Diagnostics Nichols Institute 14225 Newbrook Drive Chantilly VA  20151 Laboratory Director: Patrick W Mason, M.D.

WALTERMEYER, BROC - CH269924X                                              Page 1 - End of Report

| | | PATIENT INFORMATION<br>WALTERMEYER, BROC | REPORT STATUS   Final |
|---|---|---|---|
| Nichols Institute, Chantilly | | DOB: 06/10/1972   Age: 46Y<br>SEX: M | ORDERING PHYSICIAN<br>DIANE, KISTLER DO<br>CLIENT INFORMATION<br>22744 |
| SPECIMEN INFORMATION<br>SPECIMEN:   CH440090E<br>REQUISITION: CH440090E<br>LAB REF NO:  CH440090E | | ID: 18002-047 | FCI - BERLIN - BER<br>1 SUCCESS LOOP ROAD<br>BERLIN, NH 03570 |
| COLLECTED: 05/14/2019   06:45<br>RECEIVED:  05/15/2019   17:23<br>REPORTED:  05/18/2019   19:06 | | | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HCV RNA Quan Progressive to Genotyping<br>  HEPATITIS C, RNA, QUANTITATIVE, PCR | | | | AMD |
|   HCV RNA, PCR, QN | | 5040000 H | IU/mL | |
|   HCV RNA, PCR, QN | | 6.70 H | log IU/mL | |

Reference Range:
                     Not Detected     IU/mL
                     Not Detected     Log IU/mL

This test was performed using Real-Time Polymerase Chain Reaction.

Reportable range is 15 IU/mL to 100,000,000 IU/mL (1.18 Log IU/mL to 8.00 Log IU/mL).

For additional information please refer to
http://education.questdiagnostics.com/faq/FAQ22v1

(This link is being provided for informational/ educational purposes only.)

The analytical performance characteristics of this assay have been determined by Quest Diagnostics Nichols Institute, Chantilly, VA. The modifications have not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

  HCV Genotyping

Additional testing for Hepatitis C has been added.

Hepatitis C Viral RNA, Genotype, LiPA(R)                                                 AMD
    Hepatitis C Viral RNA, Genotype, LiPA(R)

|  | PATIENT INFORMATION<br>WALTERMEYER, BROC | REPORT STATUS  Final |
|---|---|---|
| Nichols Institute, Chantilly |  | ORDERING PHYSICIAN |
|  | DOB: 06/10/1972   Age: 45Y | DR., P. HARVEY |
| COLLECTED:  08/01/2017   09:15 | SEX: M |  |
| REPORTED:   08/04/2017   15:44 | ID: 18002-047 |  |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|

Hepatitis C Viral RNA, Genotype, LiPA(R) (Continued)
   HCV Genotype, LiPA                  1a

                                      The method used in this test is RT-PCR and reverse hybridization (Line Probe) of the 5' UTR and core region of the HCV genome.

                                      This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute, Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

                                      For more information on this test, go to http://education.questdiagnostics.com/faq/HCVGenotyping

--------------------------------------------------------------------------------

Performing Laboratory Information:

AMD   QUEST DIAGNOSTICS INCORPORATED NICHOLS INSTITUTE 14225 NEWBROOK DR CHANTILLY VA  20151
       Laboratory Director: Patrick M Mason, M.D., Ph.D.

WALTERMEYER, BROC - CH379464R                              Page 2 - End of Report