UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH

2019 SEP -6 AM 10: 23

FILED

------------------------------------X

BROC T. WALTERMEYER,

    Plaintiff

V.

ROBERT HAZLEWOOD, WARDEN, et. al.,

    Defendants

Civil No. 19-cv-233-LM

------------------------------------X

## MOTION TO AMEND THE AMENDED COMPLAINT PURSUANT TO RULE 15(a)(1)

1. Plaintiff BROC T. WALTERMEYER, acting pro se, brings this motion to amend the Amended Complaint as a matter of course pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure.

2. On or about March 6, 2019 Plaintiff filed in this Court a "Motion for Memorandum Brief In Support of Motion for Preliminary Injunction Relief" (MPI). The United States responded to the MPI on June 7, 2019. Pursuant to the Court's order the MPI was filed in this Court as a complaint and the two Defendants were served on May 28, 2019. See DNs 8 and 9.

3. On or about July 29, 2019 Defendants filed a motion to dismiss serving a copy on Plaintiff the same day at Berlin-FCI, P.O. Box 9000, Berlin, NH 03570. At the time that the Motion to Dismiss was served at the Berlin federal prison facility Plaintiff was in transit on his way to FCI-Coleman. The Berlin facility did not forward the Defendants' Motion to Dismiss until August 22, 2019 (See copy of postmarked envelope) and Plaintiff did not receive it until late August at MDC Brooklyn federal prison facility. Plaintiff thus, now makes this motion to amend the Amended Complaint as a matter of course.

WHEREFORE Plaintiff prays for an Order of this Court to Amend the Complaint pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure and any other or further relief the Court deems proper in accordance with law.

CERTIFICATE OF AUTHENTICATION

I, Broc T. Waltermeyer, certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct based on information and direct knowledge. 28 U.S.C. §1746

*Broc T. Walter* ——————  Dated: 9-3-19
BROC T. WALTERMEYER, pro se