UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
2019 SEP -6 AM 10: 23
FILED

BROC T. WALTERMEYER,
Plaintiff

Civil No. 19-cv-233-LM

v.

ROBERT HAZLEWOOD, WARDEN, et al.,
Defendants

SECOND AMENDED COMPLAINT

1. Plaintiff BROC T. WALTERMEYER, acting pro se, brings this Second Amended Complaint in the United States District Court for the District of New Hampshire against the named Defendants in the Amended Complaint and JOHN DOES And JANE ROES 1-30 pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), for medical malpractice, etc., in violation of his Eighth Amendment right to be free of cruel and unusual punishment.

2. At distinct points in time Defendants became aware of Plaintiff's several medical diagnosis, one of which was previously terminal, and being in Defendants custody and care at those distinct points in time was not provided with proper medical care and/or was outright refused treatment for his several medical diagnosis resulting in permanent physical damage and mental, emotional, and psychological pain and suffering as well.

3. In 2003 while incarcerated at Sandstone Minnesota federal prison facility Plaintiff was diagnosed with Hepatitus C. In or around the year 2006 while incarcerated at Springfield Missouri federal medical facility Plaintiff was advised by a JOHN DOE Defendant that as a result

of his Hepatitus C diagnosis he would not live past the age of 50 as the disease was not curable at the time. In spite of having personal encounters (medical or otherwise) with Defendants, including JOHN DOE and JANE ROE Defendants who are currently unknown to Plaintiff as a result of Plaintiff being in transit and without his property which contains his medical records or being wholly without portions of his medical records in the possession, custody, or control of Defendants, in which Defendants were afforded the opportunity to assess the extent of Plaintiff's diagnosis of Hepatitus C, Defendants failed to provide Plaintiff with proper medical care and/or was outright denied him treatment for his diagnosis of Hepatitus C over the the course of 15 years resulting in, among other things, memory loss, deteriorating stomach, aching and weakened joints, and constant fatigue.

4. Around about the year 2016 while incarcerated in a prison facility of the Federal Bureau of Prisons (FBOP) Plaintiff was diagnosed with Lipoma on his left shoulder. In spite of having personal encounters (medical or otherwise) with Defendants, including JOHN DOE and JANE ROE Defendants whom are currently unknown to Plaintiff as a result of Plaintiff being in transit and without his property which contains his medical records or being wholly without portions of his medical records in the possession, custody, or control of Defendants, in which Defendants were afforded the opportunity to assess the extent of Plaintiff's diagnosis of Lipoma, Defendants failed to provide Plaintiff with proper medical care and/or outright denied him the needed surgery for his diagnosis of lipoma for approximately 3 years resulting in, among other things, an exceedingly enlarged lipoma on his left shoulder which has caused limited movement to that portion of his body and disrupted sleep.

5. Over the course of an undetermined amount of years Plaintiff has been

making complaints to several Defendants regarding the pain in his knees. Around about the year 2019 while incarcerated at Berlin federal prison facility Plaintiff was diagnosed with Bone Degenerative Disease by Dr. Kissler. In spite of having personal encounters (medical or otherwise) with Defendants, including JOHN DOE and JANE ROE Defendants whom are currently unknown to Plaintiff as a result of Plaintiff being in transit and without his property which contains his medical records or being wholly without portions of his medical records in the possession, custody, or control of Defendants, in which Defendants were afforded the opportunity to assess the extent of Plaintiff's diagnosis of Bone Degenerative Disease, Defendants failed to provide Plaintiff with proper medical care and/or outright denied him treatment for his complaints of the pain in his knees over the course of an undetermined amount of years resulting in an extended time of excruciating pain, very limited movement in the knee area, a need for steroids to be injected into his knees every 5 to 6 months and permanent physical damage requiring knee replacements.

6. As a result of Defendants' deliberate indifference to Plaintiff's medical needs Plaintiff's health has tremendously deteriorated and he has been reduced to a constant state of mental, emotional, and psychological turmoil at the thought of his physical ailments.

WHEREFORE Plaintiff demands a sum certain of $120,000,000.00.

CERTIFICATE OF AUTHENTICATION

I, Broc T. Waltermeyer, certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct based on information and direct knowledge. 28 U.S.C. §1746.

[signature] Dated: 9-3-19

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE - - - - X

BROC T. WALTERMEYER,
Plaintiff

Civil No. 19-cv-233-LM

V.

ROBERT HAZLEWOOD, WARDEN, DIANE L. KISLER, HEALTH SERVICES DOCTOR, JOHN DOES and JANE ROES 1-30,
Defendants
- - - - - - - - - - - X

CERTIFICATE OF SERVICE

I, Broc T. Waltermeyer certify that on September 3, 2019 a copy of the attached Motion to Amend the Amended Complaint Pursuant to Rule 15(a)(1) and the Second Amended Complaint was served by United States mail on T. David Plourde, Assistant U.S. Attorney, U.S. Attorney's Office, 53 Pleasant Street, 4th floor, Concord, NH 03301.

Dated: 9-3-19

By: [signature]
BROC T. WALTERMEYER, pro se

Brock Wattermeyer 18002047
Brooklyn MDC
P.O. Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
04 SEP 2019 PM 16 L

USA | FOREVER | 2016 | GLOBAL

1:19-00233LM

United States Clerk Of Courts
55 Pleasent Street Room 110
Concord NH 03301

Legal mail 9-3-2019 BW

03301-394135

M[illegible]ENTION CENTER
[illegible]YN, NY 11232
[illegible] processed through
[illegible] forwarding to you.
[illegible] opened nor inspected.
If [illegible] a question or a problem over
which [illegible] jurisdiction, you may wish
to return the mater[illegible] for further information
or [illegible] writer encloses correspondence
for [illegible] to another address[illegible] please
return the enclosure to the above address.