```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Broc T. Waltermeyer

      v.                                        Case No. 19-cv-233-LM-AJ

FCI Berlin, Warden et al

## JUDGMENT

In accordance with the order by Chief Judge Landya B. McCafferty dated March 14, 2024, rejecting the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 28, 2023, judgment is hereby entered.

                                                  By the Court:

                                                  /s/ Daniel J. Lynch
                                                  Daniel J. Lynch
                                                  Clerk of Court

Date: March 15, 2024

cc: Broc T. Waltermeyer, pro se
    Counsel of Record