UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Broc T. Waltermeyer,

Plaintiff,                                  Case No. 1:19-cv-233-LM-AJ

v.

FCI Berlin, Warden et al.,                  PLAINTIFF'S NOTICE OF APPEAL

Defendants.

Notice is hereby given that Broc T. Waltermeyer, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action (Doc. No. 46) on the 15th day of March 2024.

Dated: 3/27/2024


Broc T. Waltermeyer
FCI Englewood
9595 W. Quincy Ave.
Littleton, Colorado 80123
Pro Se Plaintiff

*[signature]*



Broc T. Waltermeyer #18002047
Federal Correctional Institution Englewood
9595 W. Quincy Ave.
Littleton, Colorado 80123

DENVER CO 802
1 APR 2024 PM 5 L

Clerk of the Court
U.S. Courthouse
55 Pleasant Street
Room 110
Concord, New Hampshire 03301-3941